NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

—————————————

**HAROLD W. VAN ALLEN,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS
AFFAIRS,**
*Respondent-Appellee.*

—————————————

2013-7057

—————————————

Appeal from the United States Court of Appeals for
Veterans Claims in No. 12-2957, Judge William A. Moorman.

—————————————

**ON MOTION**

—————————————

**O R D E R**

Harold W. Van Allen submits a motion to reinstate
this appeal.

On May 3, 2013, this court dismissed Mr. Van Allen's
appeal for failure to pay the court's docketing fee of $450.
Van Allen has still not paid the fee or submitted a motion
for leave to proceed in forma pauperis.

2                                    HAROLD VAN ALLEN v. SHINSEKI

Accordingly,

IT IS ORDERED THAT:

Mr. Van Allen is directed to pay the court's docketing fee or complete and file the enclosed Form 6 "Motion and Declaration for Leave to Proceed in Forma Pauperis," within 30 days from the date of filing of this order.


FOR THE COURT


/s/ Daniel E. O'Toole
Daniel O'Toole
Clerk


s19